**DISMISS and Opinion Filed March 29, 2019**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00318-CR

**PATRICK BOUVIA KIMBLE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F95-01665-LN**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justices Bridges, and Partida-Kipness
Opinion by Justice Bridges

Patrick Bouvia Kimble appeals his conviction for murder. After finding appellant guilty, the jury assessed punishment at forty years in prison. We affirmed appellant's conviction on direct appeal. *Kimble v. State*, No. 05-95-00841-CR, 1997 WL 275565, *1 (Tex. App.—Dallas 1997, pet. ref'd). On March 14, 2019, appellant filed a pro se notice of appeal with this Court, stating he was appealing the trial court's denial of his motion for judgment nunc pro tunc.

An appellate court has jurisdiction to determine an appeal only if the appeal is authorized by law. *Abbott v. State*, 271 S.W.3d 694, 696–97 (Tex. Crim. App. 2008). When the appellate court's jurisdiction is not legally invoked, the court's power to act "'is as absent as if it did not exist.'" *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996) (quoting *Ex parte Caldwell*, 383 S.W.3d 587, 589 (Tex. Crim. App. 1964)). Appellate courts may consider criminal appeals

only after final conviction or the entry of a narrow set of appealable interlocutory orders. TEX. R. APP. P. 26.2(a)(1); *Wright v. State*, 969 S.W.2d 588, 589 (Tex. App.—Dallas 1998, no pet.).

Here, appellant seeks to appeal the trial court's denial of his motion for judgment nunc. Because there is no rule or statutory or constitutional provision allowing such an appeal, we conclude we lack jurisdiction. *See Abbott*, 271 S.W.3d at 697 ("In this case, we have not found any rule or any statutory or constitutional provision that would authorize appellant's appeal from the trial court's post-judgment order denying his time-credit motion.").

We dismiss this appeal.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
1900318F.U05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PATRICK BOUVIA KIMBLE, Appellant

No. 05-19-00318-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 195th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F95-01665-LN.
Opinion delivered by Justice Bridges, Chief Justice Burns and Justice Partida-Kipness participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.

Judgment entered March 29, 2019